IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02628-REB-KLM

TRANSPORTATION INSURANCE COMPANY,

    Plaintiff,

v.

AQUAKLEEN PRODUCTS, INC.,
NICHOLAS CATTANEO, individually and as parent of E.C., a minor, and
ROXANNE CATTANEO, individually and as parent of E.C., a minor,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to File Second Amended Complaint Under Fed. R. Civ. P. 15(a)(2)** [Docket No. 12; Filed October 25, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's Second Amended Complaint located at Docket Nos. 13, 13-1, 13-2, 13-3, and 13-4 is accepted for filing as of October 25, 2012.

    Dated: October 30, 2012