**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02628-REB-KLM

TRANSPORTATION INSURANCE COMPANY,

    Plaintiff,

v.

AQUAKLEEN PRODUCTS, INC.,
NICHOLAS CATTANEO, individually,
ROXANNE CATTANEO, individually, and
NICHOLAS AND ROXANNE CATTANEO, as parents of E.C., a minor,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#36][1] filed March 22, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#36] filed March 22, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for February 28, 2014, are **VACATED**;

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That the jury trial set to commence March 17, 2014, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 22, 2013, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge